UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>   v.<br><br>LAWSON'S INC., et al.<br><br>        Defendants. | No. ED CV 18-1686 PA (SHKx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

In accordance with the Court's December 13, 2018 Order granting the Application for Default Judgment filed by plaintiff Samuel Love ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1.    Plaintiff shall have judgment in his favor and against defendant Lawson's Inc. ("Defendant");

    2.    Defendant shall pay to Plaintiff the total amount of $8,632.50 (itemized as statutory damages of $4,000.00, attorneys' fees of $4,002.50, and litigation costs of $630.00); and

3. Defendant is ordered to provide accessible parking spaces at the property located at or about 225 W. Big Bear Blvd., Big Bear, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: December 13, 2018

Percy Anderson
United States District Judge